**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No.  15-cr-00144-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. Eduardo Wicab-Ceme

      Defendant.

---

## ORDER

---

      PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Christine M. Arguello, United States District Judge, on September 21, 2015, it is hereby

      ORDERED that Defendant Wicab-Ceme is sentenced to **TIME SERVED.**

      Dated: September 21, 2015

                      BY THE COURT:

                      _____
                      CHRISTIME M. ARGUELLO
                      United States District Judge